**From:** Kukowski, Cassandra
**Sent:** Fri 7/23/2010 10:58 AM
**To:** Elrick, Mark E.; Welch, Jacob E.; Garcia-Baca, Pamela R.; Baca, David R. (Field Services/Valley); Lowell, Steve R.; Jara, Jennifer; Kelly, Leah
**Cc:** Gonterman, Tim D.
**Subject:** URGENT - REQUEST FOR ASSISTANCE - INTELLIGENCE GATHERING OPERATION.

Mark, Jake, Pam, David, Steve, Jenn, Leah - Ladies & Gentlemen -

Darren White is allowing us to take of the gloves and deal with some issues of concern in the Valley.    WOOOOOOOOOO HOOOOOOOOOOOO!!!!!!!

We have 2 issues of concern that we need <u>intelligence</u> gathered on.    **<u>This is an intelligence gathering mission.</u>**

FIRST ISSUE - 4th Street Walking Plaza.    On Sundays between 1000 and 1330 hours there is a group of people in vehicles that are frequenting this area and feeding the homeless.    These folks need to be identified, their names, their organization, do they have a business permit?    Who gave them the permission to feed the homeless at all?    etc.

SECOND ISSUE - Albuquerque Rescue Mission.    On Saturdays and Sundays at 1500 hours there is a white van of people that are feeding the homeless.    These folks need to be identified, their names, their organization, do they have a business permit?    Who gave them the permission to feed the homeless at all?    etc.

We will take progressive enforcement action.    This is the intelligence gathering session.    If they are not permitted, we will CT them next, then cite them, then arrest them.

If these folks do not have permission or authorization, refer them to Jeremy Reynalds at Joy Junction his phone number is 877-6967.    He is the director of Joy Junction.    Reynalds can point them in the right direction to piggy back one of the other feeding operations.

I need all of this information before Monday morning at 0800 hours.    Please work diligently on this operation.    If someone would like to stay a lil late to make sure this gets accomplished, contact me prior to staying late so I may authorize it for you.

HOOAH!

**"WHEN THE TIME TO PERFORM    ARRIVES, THE TIME TO PREPARE HAS PASSED."**
**Quoted from William H. Bennett    (1975).**

**GERALD CLINE MEMORIAL SUBSTATION**
**WATCH II - TEAM    3 AND CNT TEAM LEADER**

EXHIBIT A

**Friday - Tuesday 0730-1530    hours**
**SGT. C.D.M. KUKOWSKI**
**(505) 761-8800 - substation**
**(505) 761-8896 - fax**
**cestrada@cabq.gov - email**